UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 17-10259-IT |
| ) | |
| ESMARIN SANTIAGO, ) | |
| a/k/a "SMARTY," ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

**TALWANI, D.J.**

WHEREAS, on August 23, 2017, a federal grand jury sitting in the District of Massachusetts returned a three-count Indictment, charging Esmarin Santiago, a/k/a "Smarty," (the "Defendant") with being a Felon in Possession of Firearms and Ammunition, in violation of 18 U.S.C. § 922(g)(1) (Count One); Possession with Intent to Distribute Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(B) (Count Two); and Possession and Use of Firearms During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A) (Count Three);

WHEREAS, the Indictment also included a Firearm Forfeiture Allegation, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C § 2461(c), which provided notice that the United States intended to seek the forfeiture, upon conviction of the Defendant of one or more of the offenses alleged in Counts One and Three of the Indictment, of any firearm or ammunition involved in or used in any knowing commission of such offenses. The property to be forfeited included, but was not limited to, the following:

      (a)    one Smith & Wesson 9 mm pistol, model SD9VE, bearing serial number FYH8271;

      (b)    one Smith & Wesson .40 caliber pistol, model SW40VE, bearing serial number DVN6027;

(c) ten rounds of 9 mm ammunition; and

(d) fourteen rounds of .40 caliber ammunition

(collectively, the "Guns and Ammunition");

WHEREAS, on November 14, 2018, at a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Defendant pled guilty to Counts One through Three of the Indictment, pursuant to a written plea agreement that he signed on that date;

WHEREAS, in Section 7 of the plea agreement, the Defendant admitted that the Guns and Ammunition are subject to forfeiture on the grounds that they were used to facilitate Defendant's offense, and were involved in the Defendant's offenses charged in Counts One and Three of the Indictment;

WHEREAS, on December 3, 2018, this Court issued a Preliminary Order of Forfeiture against the Guns and Ammunition, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C § 2461(c) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, which ordered the Defendant to forfeit the Guns and Ammunition;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on December 4, 2018 and ending on January 2, 2019;

WHEREAS, on March 15, 2019, a sentencing hearing was held whereby this Court sentenced the Defendant to 12 months incarceration on Counts One and Two, and 60 months on Count Three followed by a term of 48 months of supervised release; 36 months on Count One, 48 months on Count Two and Three, and ordered to pay a special assessment of $300;

WHEREAS, no claims of interest in the Guns and Ammunition have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Guns and Ammunition, and are hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C § 2461(c) and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any right, title or interest in the Guns and Ammunition are hereby held in default.

4. The United States is hereby authorized to dispose of the Guns and Ammunition in accordance with applicable law.

5. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

*[signature]*
INDIRA TALWANI
United States District Judge

Dated: 4/16/2019

3